UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| C. H. HILL, | Case No. 3:20-cv-00250-MMD-WGC |
| Plaintiff, | ORDER |
| v. | |
| ELI LILLY AND COMPANY, | |
| Defendant. | |

On April 23, 2020, Plaintiff C.H. Hill, then a prisoner in custody of the Nevada Department of Corrections ("NDOC"), attempted to sue Defendant Eli Lilly and Company. (ECF No. 1-1.) On August 21, 2020, the Court issued a screening order dismissing Plaintiff's proposed complaint with leave to amend. (ECF No. 4.) Plaintiff never filed an amended complaint, but the Court's screening order and a copy of Plaintiff's proposed complaint were returned as undeliverable with the notation 'deceased' written on them. (ECF No. 6.)

Pursuant to Federal Rule of Civil Procedure 25(a)(1), "[i]f a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative. If the motion is not made within 90 days after service of a statement noting the death, the action by or against the decedent must be dismissed." Fed. R. Civ. P. 25(a)(1). As such, if there is no motion for substitution filed within 90 days of the date of this order, the Court will dismiss this case.

DATED THIS 24th Day of May 2021.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE