UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| C. H. HILL,<br><br>                             Plaintiff,<br>     v.<br><br>ELI LILLY AND COMPANY,<br><br>                             Defendant. | Case No. 3:20-cv-00250-MMD-WGC<br><br>ORDER |

On April 23, 2020, Plaintiff C.H. Hill, then a prisoner in custody of the Nevada Department of Corrections ("NDOC"), attempted to sue Defendant Eli Lilly and Company. (ECF No. 1-1.) On August 21, 2020, the Court issued a screening order dismissing Plaintiff's proposed complaint with leave to amend. (ECF No. 4.) Plaintiff never filed an amended complaint, but the Court's screening order and a copy of Plaintiff's proposed complaint were returned as undeliverable with the notation 'deceased' written on them. (ECF No. 6.) The Court then issued an order on May 24, 2021, stating that the Court would dismiss this case if no motion for substitution under Federal Rule of Civil Procedure 25(a)(1) was filed within 90 days of that date. (ECF No. 7.) 90 days have elapsed, and no such motion has been filed.[1]

It is therefore ordered that this case is dismissed, in its entirety, without prejudice.

The Clerk of Court is directed to close this case.

DATED THIS 25th Day of August 2021.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] NDOC filed a notice that Plaintiff is deceased. (ECF No. 8.)